# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| Steven Bengelsdorf, MD, PLLC ) | |
| d/b/a The Franklin Center For ) | |
| Skin and Laser Surgery and ) | |
| Steven Bengelsdorf, ) | Civil Action No: 3:09-cv-00911 |
| ) | Judge Nixon |
| Plaintiffs, ) | Magistrate Bryant |
| v. ) | |
| ) | |
| Lumenis Inc., ) | Jury Demand In Complaint |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT, IF NECESSARY

Pending before this Court is Plaintiffs Steven Bengelsdorf, M.D., P.L.L.C. d/b/a The Franklin Center for Skin and Laser Surgery and Steven Bengelsdorf's Motion for Leave to Amend Complaint, If Necessary. Having reviewed the motion, any response, and the record as a whole, and being sufficiently advised, it is hereby

**ORDERED** that Plaintiffs' Motion for Leave to Amend Complaint, If Necessary is granted.

**IT IS SO ORDERED.**

Dated this 29th day of July, 2010.

*s/ John S. Bryant*
───────────────────────────
United States Magistrate Judge
MIDDLE DISTRICT OF TENNESSEE