**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | |
|---|---|
| **Steven Bengelsdorf, MD, PLLC** ) | |
| d/b/a The Franklin Center For ) | |
| Skin and Laser Surgery and ) | |
| **Steven Bengelsdorf,** ) | **Civil Action No: 3:09-cv-00911** |
| ) | **Judge Nixon** |
| Plaintiffs, ) | **Magistrate Bryant** |
| v. ) | |
| ) | |
| **Lumenis Inc.,** ) | **Jury Demand In Complaint** |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' MOTION TO SEAL EXHIBIT 6 OF DOC. NO. 120**
**AND EXHIBIT 1 OF DOC. NO. 122**

COME NOW Plaintiffs Steven Bengelsdorf, M.D., P.L.L.C. d/b/a The Franklin Center for Skin and Laser Surgery ("Franklin Center") and Steven Bengelsdorf ("Dr. Bengelsdorf"), by and through their undersigned counsel, and hereby files this Motion to Seal Exhibit 6 of Doc. No. 120 and Exhibit 1 of Doc. No. 122. Plaintiffs inadvertently filed these exhibits containing confidential information. Given the nature of the materials, Plaintiffs' counsel contacted the Judge's deputy and advised her of the situation, and she placed the documents in question under seal until the Court can rule on this Motion. Accordingly, Plaintiffs respectfully request that this Court seal Exhibit 6 of Doc. No. 120 (120-6) and Exhibit 1 of Doc. No. 122 (122-1).

DATED:　　June 15, 2011　　　　Respectfully submitted,

　　　　　　　　　　　　　　　**KING & BALLOW**

　　　　　　　　　　　　　　　　_s/ Patrick W. Ogilvy_____
　　　　　　　　　　　　　　　Richard S. Busch, #14594
　　　　　　　　　　　　　　　Patrick W. Ogilvy, #25615
　　　　　　　　　　　　　　　1100 Union Street Plaza