UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STEVEN BENGELSDORF, MD, PLLC, )
et al., )
 )
    Plaintiffs, )
 )
         v. )  NO. 3:09-0911
 )  Judge Nixon/Bryant
LUMENIS, INC., )  **Jury Demand**
 )
    Defendant. )

## O R D E R

The parties have requested that the telephone conference previously scheduled with the parties on Thursday, July 28, 2011, at 9:30 a.m. be rescheduled to an in-court hearing on **Friday, August 5, 2011.** The request is **GRANTED**. The hearing is set at **10:00 a.m.**, in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee.

It is so **ORDERED**.

                                        s/ John S. Bryant
                                        JOHN S. BRYANT
                                        United States Magistrate Judge