# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| Steven Bengelsdorf, MD, PLLC ) | |
| d/b/a The Franklin Center For ) | |
| Skin and Laser Surgery and ) | |
| Steven Bengelsdorf, ) | Civil Action No: 3:09-cv-00911 |
| ) | Judge Nixon |
| Plaintiffs, ) | Magistrate Bryant |
| v. ) | |
| ) | |
| Lumenis Inc., ) | Jury Demand In Complaint |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' MOTION TO STRIKE EXHIBIT 6 OF DOC. NO. 120

COME NOW Plaintiffs Steven Bengelsdorf, M.D., P.L.L.C. d/b/a The Franklin Center for Skin and Laser Surgery ("Franklin Center") and Steven Bengelsdorf ("Dr. Bengelsdorf"), by and through their undersigned counsel, and hereby files this Motion to Strike Exhibit 6 of Doc. No. 120. Plaintiffs inadvertently filed Exhibit 6, titled "Letter Dated May 27, 2011," with materials marked "CONFIDENTIAL," when they actually intended to file a version without such materials. Accordingly, Plaintiffs respectfully request that this Court strike the current Exhibit 6 to Doc. No. 120, and replace it with the attached correct version of Exhibit 6, which does not contain the materials marked "CONFIDENTIAL." Given the nature of the materials, Plaintiffs' counsel contacted the Judge's deputy and advised her of the situation, and she placed the document in question under seal until the Court can rule on this Motion.

DATED:   June 10, 2011          Respectfully submitted,

                                **KING & BALLOW**

                                 _s/ Patrick W. Ogilvy_____