ORDER:
Motion denied as moot.

s/ *John S. Bryant*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| Steven Bengelsdorf, MD, PLLC<br>d/b/a The Franklin Center For<br>Skin and Laser Surgery and<br>Steven Bengelsdorf,<br><br>Plaintiffs,<br><br>v.<br><br>Lumenis Inc.,<br><br>Defendant. | Civil Action No: 3:09-cv-00911<br>Judge Sharp<br>Magistrate Bryant<br><br>Jury Demand In Complaint |

## LUMENIS INC.'S MOTION TO SEAL AND JOINDER IN PLAINTIFFS' MOTIONS TO SEAL

Recently, Lumenis Inc. ("Lumenis") attorney Emily Gant submitted a declaration in support of Lumenis's Second Motion for Clarification. (Dkt. 112.) There, Ms. Gant included a letter from Plaintiffs' attorney, Patrick Ogilvy. As noted in the declaration, Ms. Gant omitted the attachments to Mr. Ogilvy's letter, as they included documents marked "Confidential." Mr. Ogilvy's letter contains quotations of these confidential documents, however. The declaration inadvertently included a non-redacted version of this letter.

As such, Lumenis respectfully asks this Court to seal Dkt. 112. Lumenis has herewith filed an Amended Gant Declaration, redacting those portions of Mr. Ogilvy's letter quoting the confidential documents.

Plaintiffs submitted this same letter, including its confidential attachments, in support of their Motion to Strike. Plaintiffs later filed a Motion to Seal the letter and its attachments. (Dkt.124.) Lumenis hereby joins Plaintiffs' Motion to Seal, as the materials contain highly