ORDER:

Motion granted.

*s/ John S. Bryant*

U.S. Magistrate Judge

ORDER:

Motion granted.

*s/ John S. Bryant*

U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| Steven Bengelsdorf, MD, PLLC d/b/a The Franklin Center For Skin and Laser Surgery and Steven Bengelsdorf, <br><br> Plaintiffs, <br><br> v. <br><br> Lumenis Inc., <br><br> Defendant. | Civil Action No: 3:09-cv-00911 <br> Judge Nixon <br> Magistrate Bryant <br><br> Jury Demand In Complaint |

## LUMENIS INC.'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF SECOND MOTION FOR CLARIFICATION

COMES NOW Defendant Lumenis Inc. ("Lumenis"), by and through its counsel of record, and hereby respectfully requests leave to file a Reply in Support of its Second Motion for Clarification (Dkt. 111), pursuant to Local Rule 7.01(b).

The Reply in Support of Lumenis Inc.'s Second Motion for Clarification is attached hereto.

//

//

//

//

//

//

{JBJ895026.DOC;1\07969.020982\ }

1